IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERNEST F. PLATT, # 128625,       )
                                 )
            Petitioner,          )
                                 )
      v.                         )       Civil Action No. 2:19-cv5-WHA
                                 )                  [WO]
JEFFERSON S. DUNN, *et al.,*     )
                                 )
            Respondents.         )

## ORDER

On January 22, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama under the provisions of 28 U.S.C. § 1631.

DONE this 21st day of February, 2019.


    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE